**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PABLO FRANCO GOMEZ, AKA Pedro
Sontos/Santos, AKA Stevie Margarito
Hernandez, AKA Jorge Gomez, AKA Pedro
Gonzalez Gomez,

Defendant - Appellant.

No. 24-4319

D.C. No.
2:23-cr-00490-SVW-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted February 18, 2025[**]

Before: SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Pablo Franco Gomez appeals from the district court's judgment and

challenges his guilty-plea conviction and 57-month sentence for possession with

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

intent to distribute fentanyl in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

Gomez's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Appellant has not filed a pro se supplemental brief.

In the plea agreement, Gomez waived the right to appeal the conviction, except to claim the plea was involuntary, and the right to appeal most aspects of the sentence. Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no basis to challenge the voluntariness of Gomez's plea or any aspect of the sentence that falls outside the appeal waiver. We therefore affirm as to those issues.

We dismiss the remainder of the appeal because there is no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is granted.

**AFFIRMED in part; DISMISSED in part.**